FRISSELL v. COTNER, *Appellant.*

In. Banc, June 29, 1897.

The case of *Hope v. Flentge, ante,* p. 390, followed and affirmed.

*Appeal from Cape Girardeau Circuit Court.*—HON. HENRY C. RILEY, Judge.

AFFIRMED.

*B. F. Davis, E. D. Hays* and *Wilson Cramer* for appellant.

*J. W. Limbaugh* and *W. H. Miller* for respondent.

PER CURIAM.—This is a contest for the office of surveyor of the county of Cape Girardeau. It belongs to the group of election cases from that county which are controlled by the decision in *Hope v. Flentge* (1897) 140 Mo. 390. It is not necessary to recite the facts of this case further than to say that in all material respects they are so far identical with those treated in the *Hope* decision that the ruling therein is conclusive on the points involved in the appeal now at bar. The circuit judgment in this cause is therefore affirmed for the reasons given on behalf of the majority of the court *in banc* in the *Hope* case, the members of the court concurring and dissenting as therein stated.